IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE DUARTE, and YOLANDA ASPARREN, | No. C 12-03647 RS |
| Petitioners and Plaintiffs, | **ORDER** |
| v. | |
| ALEJANDRO MAYORKAS, in his official capacity, | |
| Defendant. | |

Plaintiffs, appearing *pro se*, now seek to withdraw their previous request to effect service without the assistance of the United States Marshals Service. An order granting that request already issued, and now a certificate of proof of service against the sole defendant in this case has been filed. (Dkt. No. 16). As a consequence, plaintiffs' request to withdraw their prior request shall be denied and no further action will be taken.

IT IS SO ORDERED.

Dated: 8/1/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 12-03647 RS
ORDER