

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE DUARTE, and YOLANDA ASPARREN,<br><br>    Petitioners and Plaintiffs,<br><br>        v.<br><br>ALEJANDRO MAYORKAS, in his official capacity, and UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES,<br><br>    Defendants. | No. C 12-03647 RS<br><br>**ORDER RE: PLAINTIFFS'** ***EX PARTE*** **APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE** |

If defendants elect to file a response to plaintiffs' *ex parte* application for temporary injunctive relief, they must do so by 3 p.m. PST on Friday, August 17, 2012. The response, if any, may not exceed ten (10) written pages, in addition to any supporting materials (declarations, exhibits, etc.). The *ex parte* application will then be taken under submission without a hearing, pursuant to Civil Local Rule 7-1(b), unless the Court so notifies the parties otherwise.

IT IS SO ORDERED.

Dated: 8/16/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 12-03647 RS
ORDER