IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE DUARTE, and YOLANDA ASPARREN,<br><br>　　　　Petitioners and Plaintiffs,<br><br>　v.<br><br>ALEJANDRO MAYORKAS, DIRECTOR, UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES, in his official capacity, and the UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES,<br><br>　　　　Defendants.<br>_____/ | No. C 12-03647 RS<br><br>**ADMINISTRATIVE ORDER RE:** *EX PARTE* **APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE** |

In consideration of plaintiffs' request to file a reply brief to defendants' opposition, plaintiffs may file a reply brief, no longer than three (3) written pages, by 4 p.m. on Monday, August 20, 2012. At that time, the request for relief will be taken under submission without a hearing per Civil Local Rule 7-1(b).

IT IS SO ORDERED.

Dated: 8/17/12

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

No. C 12-03647 RS
ORDER