IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE DUARTE, and YOLANDA ASPARREN,<br><br>                Petitioners and Plaintiffs,<br><br>    v.<br><br>ALEJANDRO MAYORKAS, DIRECTOR, UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES, in his official capacity, and the UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES,<br><br>                Defendants.<br>_____/ | No. C 12-03647 RS<br><br>**ADMINISTRATIVE ORDER RE: BRIEFING OF ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

In consideration of plaintiffs' request to file a reply brief to defendants' opposition, plaintiffs may file a reply brief, no longer than five (5) written pages, by 4 p.m. on Friday, September 7, 2012. If plaintiffs elect to do so, it follows that the application for preliminary brief will be taken under submission on September 7, rather than September 5, 2012. As previously noted, absent further Court order, no hearing will be held.

IT IS SO ORDERED.

Dated: 8/31/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 12-03647 RS
ORDER