IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE DUARTE, and YOLANDA ASPARREN,<br><br>    Petitioners and Plaintiffs,<br><br>  v.<br><br>ALEJANDRO MAYORKAS, DIRECTOR, UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES, in his official capacity, and the UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES,<br><br>    Defendants. | No. C 12-03647 RS<br><br>**ADMINISTRATIVE ORDER RE: PETITION FOR ADMINISTRATIVE MANDAMUS IN IMMIGRATION CASE** |

Plaintiffs' recent briefing inquires as to why no Order to Show Cause has issued in response to their petition for administrative mandamus against the U.S. Citizenship & Immigration Services and its director. The petition filed did not caption the action as an "IMMIGRATION MANDAMUS CASE," consistent with this Court's General Order No. 61, and accordingly, the Clerk's Office did not file a responsive procedural order. Because this action should be adjudicated pursuant to General Order No. 61, however, the Clerk's Office is hereby directed to file the appropriate order.

IT IS SO ORDERED.

Dated: 9/12/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 12-03647 RS
ORDER