IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE DUARTE, and YOLANDA ASPARREN,<br><br>        Petitioners and Plaintiffs,<br><br>    v.<br><br>ALEJANDRO MAYORKAS, DIRECTOR, UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES, in his official capacity, and the UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES,<br><br>        Defendants.<br>_____/ | No. C 12-03647 RS<br><br>**ORDER DENYING APPLICATION FOR PRELIMINARY INJUNCTIVE RELIEF** |

Plaintiffs in this mandamus action request preliminary relief in the form of a waiver from certain immigration-related filing fees imposed by defendants. Their request for a temporary restraining order (TRO) was denied for a host of reasons, set forth in the prior order (*see* Dkt. No. 37). As with the TRO, *Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 24 (2008) provides the legal standard under which plaintiffs' present application for a preliminary injunction must be considered. While the parties have filed further briefing, they basically reiterate the arguments they advanced in connection with the motion for a TRO. The legal analysis is therefore unchanged, and plaintiffs' request for preliminary relief must be denied for the reasons set forth in the prior order, which is hereby incorporated by reference.

IT IS SO ORDERED.

Dated: 9/13/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE