IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE DUARTE, and YOLANDA ASPARREN,<br><br>    Petitioners and Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, DIRECTOR, UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES, in his official capacity, and the UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES,<br><br>    Defendants. | No. C 12-03647 RS<br><br>**ORDER RESCINDING PRIOR ADMINISTRATIVE ORDER** |

In response to plaintiff's recent inquiry as to why no Order to Show Cause issued in this administrative mandamus the Court directed the Clerk's Office to file a procedural order, pursuant to General Order No. 61. Upon further review, it appears that the appropriate order was filed in this case. (*See* Dkt. No. 2). Accordingly, the prior administrative order (Dkt. No. 44) is hereby rescinded. To relieve any confusion: the procedural order (Dkt. No. 2) remains in force, effective from the date it was originally filed.

IT IS SO ORDERED.

Dated: 9/24/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 12-03647 RS
ORDER