IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE DUARTE, and YOLANDA ASPARREN,<br><br>　　　　Petitioners and Plaintiffs,<br><br>　v.<br><br>ALEJANDRO MAYORKAS, DIRECTOR, UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES, in his official capacity, and the UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES,<br><br>　　　　Defendants.<br>_____/ | No. C 12-03647 RS<br><br>**ORDER GRANTING PETITIONERS'** ***IN FORMA PAUPERIS*** **STATUS** |

Per the Referral Notice from the United States Court of Appeals for the Ninth Circuit, it is hereby determined that petitioners' appeal is not frivolous or taken in bad faith. 28 U.S.C. § 1915(a)(3). Petitioners' *in forma pauperis* status is therefore extended for purposes of the appeal. The Clerk is directed to notify the Court of Appeals accordingly.

IT IS SO ORDERED.

Dated: 9/25/12

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE