IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE DUARTE, and YOLANDA ASPARREN,<br><br>          Petitioners and Plaintiffs,<br><br>     v.<br><br>ALEJANDRO MAYORKAS, DIRECTOR, UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES, in his official capacity, and the UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES,<br><br>          Defendants.<br>_____/ | No. C 12-03647 RS<br><br>**ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFFS' OPPOSITION AND AMENDING OTHER DEADLINES RELATED TO MOTION TO DISMISS** |

Plaintiffs' opposition brief to defendants' motion to dismiss shall be due on October 19, 2012.  Defendants' reply brief shall be due on October 26, 2012.  The November 1, 2012 hearing date on defendants' motion to dismiss is vacated.  The hearing on defendants' motion to dismiss shall be will be held on November 8, 2012 at 1:30 p.m. in courtroom 3 of the above-captioned court.

IT IS SO ORDERED.

Dated: 10/17/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE