IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JOSE DUARTE and YOLANDA ASPARREN,

                Plaintiffs,

      vs.

ALEJANDRO MAYORKAS, *et al.*,

                Defendants

No. C 12-03647 RS

**[Proposed] ORDER GRANTING GOVERNMENT'S MOTION TO RESET**

The Court, having considered all written submissions and arguments of the parties, hereby GRANTS the Government's unopposed motion to reset the hearing on the Government's motion to dismiss.  Therefore, the hearing on the Government's motion to dismiss shall be held on November 15, 2012, at 1:30 p.m. in courtroom 3 of the above-captioned court.

      IT IS SO ORDERED.

Dated:  10/23/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

1