**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                        SAN FRANCISCO DIVISION

10

11  JOSE DUARTE, and YOLANDA                No. C 12-03647 RS
    ASPARREN,
12
                  Petitioners and Plaintiffs,    **ORDER GRANTING MOTION TO
13                                               STAY**

        v.
14
    ALEJANDRO MAYORKAS, DIRECTOR,
15  UNITED STATES CITIZENSHIP &
    IMMIGRATION SERVICES, in his official
16  capacity, and the UNITED STATES
    CITIZENSHIP & IMMIGRATION
17  SERVICES,

18                  Defendants.
    _____/
19

20          Pursuant to Local Rule 71-(b), the motion is suitable for disposition without oral argument

21  and the hearing set for December 27, 2012 is vacated.  The motion to stay pending the resolution of

22  plaintiffs' appeal to the Ninth Circuit of the denial of a preliminary injunction is granted.  No further

23  filings should be made in this case until such time as the Ninth Circuit rules on the pending appeal.

24          IT IS SO ORDERED.

25

26  Dated: 11/16/12

27                                       _____
                                         RICHARD SEEBORG
28                                       UNITED STATES DISTRICT JUDGE

                                                          No. C 12-03647 RS
                                                          ORDER