IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE DUARTE, and YOLANDA ASPARREN,<br><br>    Petitioners and Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, DIRECTOR, UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES, in his official capacity, and the UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES,<br><br>    Defendants.<br>_____/ | No. C 12-03647 RS<br><br>**ORDER GRANTING MOTION TO STAY** |

Pursuant to Local Rule 71-(b), the motion is suitable for disposition without oral argument and the hearing set for December 27, 2012 is vacated. The motion to stay pending the resolution of plaintiffs' appeal to the Ninth Circuit of the denial of a preliminary injunction is granted. No further filings should be made in this case until such time as the Ninth Circuit rules on the pending appeal.

IT IS SO ORDERED.

Dated: 11/16/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 12-03647 RS
ORDER