1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSE DUARTE, et al.,<br><br>    Plaintiffs,<br><br>  vs.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>    Defendants. | Case No:  C 12-03647 SBA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Dkt. 93 |

IT IS HEREBY ORDERED THAT:

1. The telephonic Case Management Conference currently scheduled for October 3, 2013 is CONTINUED to December 4, 2013 at 3:15 p.m.

2. Plaintiffs' counsel shall be responsible for setting up the conference call. At the date and time indicated above, Plaintiffs' counsel shall call (510) 637-3559 with all parties on the line. NO PARTY SHALL OTHERWISE CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

3. This Order terminates Docket 93.

IT IS SO ORDERED.

Dated: 10-1-13

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge