UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSE DUARTE, et al., | Case No: C 12-03647 SBA |
| Plaintiffs, | **ORDER** |
| vs. | Docket 85, 86 |
| ALEJANDRO MAYORKAS, et al., | |
| Defendants. | |

On September 6, 2013, pro se Plaintiff Jose Duarte filed a motion to dismiss "his cause of action" under Rule 41(a) of the Federal Rules of Civil Procedure.  Dkt. 85.  Under Rule 41(a), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Fed.R.Civ.P. 41(a)(1)(A)(i); see Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997) ("Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.").

Here, because no Defendant has filed an answer or motion for summary judgment, the Court construes Jose Duarte's motion as a notice of voluntary dismissal under Rule 41(a)(1)(A)(i).  Accordingly, Jose Duarte's claims against Defendants are DISMISSED without prejudice.  This Order terminates Docket 85 and Docket 86.

IT IS SO ORDERED.

Dated: 10/28/2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge